JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thanh Do,<br><br>             Plaintiff,<br><br>vs.<br><br>American Home Mortgage Servicing, Inc., et al.,<br><br>             Defendants. | CASE NO. SACV 11-324-JST (JCGx)<br><br>**JUDGMENT IN A CIVIL CASE** |

On November 17, 2011, the Court issued an order dismissing this action with prejudice as to Defendants Power Default Servicing, Inc. and Mortgage Electronic Registration Systems, Inc. (Doc. 53.) On February 16, 2012, the Court issued an order dismissing this action with prejudice as to the remaining Defendants American Home Mortgage Servicing, Inc. and American Home Mortgage Acceptance, Inc. (Doc. 67.)

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the above-captioned action is dismissed with prejudice.

DATED: March 1, 2012

*(signature)*

JOSEPHINE STATON TUCKER
United State District Judge